UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEREK ISHAQUE,<br><br>Defendant. | Case No. 3:23-cr-02528-H<br><br>**ORDER ON JOINT MOTION TO CONTINUE MOTION AND STATUS HEARING, TO EXCLUDE TIME, AND FOR SCHEDULING ORDER REGARDING DEFENDANT'S MOTION TO DISMISS THE INFORMATION** |

This matter having come before the Court upon joint motion of the parties, and the Court being sufficiently advised and for good cause:

**IT IS HEREBY ORDERED** that the motion and status hearing currently scheduled for January 27, 2025, is continued to March 10, 2025 and that time between shall be excluded under the Speedy Trial Act to serve the ends of justice.

**IT IS FUTHER ORDERED** that the parties shall abide by the following briefing schedule regarding the Defendant's anticipated Motion to Dismiss the Information:

- Government's Opposition to Defendant's Motion to Dismiss is due three weeks from the filing date, or by February 10, 2025.
- Defendant's reply brief to the Government's Opposition shall be filed three weeks thereafter, or by March 3, 2025.

**IT IS SO ORDERED.**

DATED: 1/22/25

Honorable Marilyn L. Huff
UNITED STATES DISTRICT JUDGE